UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 28 2022
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.  2:22-CR-6 |
| CHAD E. RHOADES, | Violations:  18 U.S.C. § 1701 |
| Defendant. | 18 U.S.C. § 1703(b) |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Obstruction of Mail)

On or about the 1st day of November 2021, in Lewis County, West Virginia, within the Northern Judicial District of West Virginia, defendant **CHAD E. RHOADES** knowingly and willfully did obstruct the passage of the mail; in violation of Title 18, United States Code, Section 1701.

## COUNT TWO

(Detain and Delay Mail)

On or about the 1st day of November 2021, in Lewis County, West Virginia, within the Northern Judicial District of West Virginia, defendant **CHAD E. RHOADES**, being a Postal Service employee, did unlawfully and knowingly improperly detain and delay a newspaper that was not directed to the office here he was then employed; in violation of Title 18, United States Code, Section 1703(b).

*[signature]*
WILLIAM IHLENFELD
United States Attorney

Stephen Warner
Assistant United States Attorney